E. GRADY JOLLY, Circuit Judge,
dissenting in part:
An officer’s “mere presence at the scene, without more, does not by some mysterious alchemy render him legally responsible under section 1983 for the actions of a fellow officer.” Calvi v. Knox Cnty., 470 *164 F.3d 422, 428 (1st Cir.2006). Here, Zantiz has only produced competent summary judgment evidence to suggest that the summary judgment defendants were present at the time he was allegedly punched by Seal in the dining hall. He has provided no basis from which a jury could reasonably conclude that these defendants were in a position to come to his aid and prevent any additional excessive force. Cf. Hale v. Townley, 45 F.3d 914, 919 (5th Cir.1995). Accordingly, I respectfully dissent from the majority’s holding denying the defendants summary judgment on the basis of qualified immunity.